TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
MARY L. SHAPIRO (State Bar No. 201199)
MARIE C. SEIBEL (State Bar No. 221014)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
JOSEPH CAMPBELL
FOUNDATION

E-filing

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH CAMPBELL FOUNDATION, a Hawaii corporation,

        Plaintiff,

    v.

GRANT ANDERSON, a resident of Utah,

        Defendant.

Case No. **C 07  2586**

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff, Joseph Campbell Foundation, alleges as follows:

### JURISDICTION

1.    This is a civil action arising under the copyright laws of the United States, Title 17, United States Code, §§ 101 *et seq.*  This Court has subject matter jurisdiction pursuant to 17 U.S.C. §§ 501 *et seq.* (copyright infringement), 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § § 1367 (supplemental jurisdiction).

2.    Personal jurisdiction over Defendant is vested in the United States District Court for the Northern District of California because a substantial part of the events giving rise to the claims herein occurred in this District, and Defendant owns and operates an interactive website that displays and promotes the infringing goods and attempts to establish communication on-line with parties who

1  are interested in Defendant's goods and services, including parties in this District.  On information and

2  belief, Defendant solicits and has done business with customers located within this State and District

3  and thereby purposefully availed himself of the privilege of doing business in this State and in this

4  District.

5        3.    Venue is proper in the United States District Court for the Northern District of

6  California pursuant to 28 U.S.C. § 1391(b),(c) and § 1400 because a substantial part of the property

7  that is the subject of this Action is situated in the District and, on information and belief, Defendant

8  has knowingly and purposefully directed its infringing acts to this District.

9  ## INTRADISTRICT ASSIGNMENT

10        4.    A substantial part of the events which give rise to the claims described herein arise in

11  or near San Francisco County, California where Defendant has knowingly and purposefully directed

12  its infringing acts, and where the property that is the subject of this Action may be found.

13  ## PARTIES

14        5.    Plaintiff Joseph Campbell Foundation (hereinafter "JCF") is a Hawaii corporation,

15  having its principal offices and place of business at 180 De Burgh Drive, San Anselmo, California

16  94960.

17        6.    Defendant Grant Anderson (hereinafter "Anderson") is an individual residing at 674

18  Columbus Street, Salt Lake City, Utah, 84103.

19  ## FACTUAL ALLEGATIONS

20        7.    JCF is a non-profit organization that perpetuates the pioneering work of Joseph

21  Campbell by collecting, archiving, cataloging, reproducing, and distributing Campbell's books,

22  papers, and recorded lectures on mythology.

23        8.    JCF owns the copyright for Joseph Campbell's works, which includes the audio and

24  video versions of *Joseph Campbell™ James Joyce – Wings of Art* and the archival and underlying

25  works that are the foundation for *Joseph Campbell™ James Joyce – Wings of Art* (collectively, the

26  "Infringed Work").

27        9.    No authorized versions of the Infringed Work have ever been commercially available on

28  CD.  Nor has the Infringed Work been available as a video or audio tape commercially for over ten

1 | years.

2 |     10.    HighBridge Audio was, but is no longer, authorized to sell audio cassette tapes of

3 | recorded Joseph Campbell lectures which comprise the Infringed Work.

4 |     11.    The HighBridge audio cassette tapes of recorded Joseph Campbell lectures bore the

5 | following copyright notice: "Original material © 1990 Joseph Campbell Foundation."

6 |     12.    Brightline offered a VHS version of Campbell lectures, entitled *Wings of Art: Joseph on*

7 | *James Joyce.*

8 |     13.    The Brightline VHS version of Campbell lectures bore the following copyright notice:

9 | "© 1990, Mythology Ltd." Mythology Ltd. has since assigned the copyright associated with Joseph

10 | Campbell's materials to JCF.

11 |     14.    Big Sur Tapes (also known as Big Sur Audio and Dolphin Tapes) attempted to offer an

12 | unlicensed audio version of the lecture, entitled *Joseph Campbell on the Art of James Joyce.*

13 | However, JCF was able to stop sales of this unauthorized product.

14 |     15.    On information and belief, since at least August 2003, defendant Anderson – using

15 | various online vendor names such as "granta1969" and "confuser69" -- has offered to sell and has sold

16 | unauthorized copies of the Infringed Work (the "Infringing Products") on at least the eBay website

17 | (www.ebay.com).

18 |     16.    On information and belief, Anderson's unauthorized copies of the Infringed Work are

19 | offered only on CD.

20 |     17.    On information and belief, one item Anderson has repetitively offered for sale on eBay

21 | is an audio CD set under the listing "Joseph Campbell 6 Audio CD - James Joyce - Wings Of Art."

22 | True and correct copies of recent eBay listings by Anderson for copies of the Infringed Work are

23 | attached hereto as Exhibit 1.

24 |     18.    On information and belief, Anderson has offered and continues to offer unauthorized

25 | copies of the Infringed Work through eBay, using the vendor name "confuser69."

26 |     19.    In response to an eBay listing for Infringing Products by seller "confuser69" in

27 | September 2003, JCF contacted eBay under its Verified Rights Owner (VeRO) Program and requested

28 | that the listing be taken down, an act eBay promptly performed.

20.    At JCF's request, eBay, through the VeRO Program, identified Anderson as the vendor using the name "confuser69." A copy of the email JCF received from eBay regarding Anderson's identity is attached hereto as Exhibit 2.

21.    On or about August 2003, JCF ordered a CD set of the Infringed Work that "confuser69" listed on eBay (hereinafter, the "First CD Set"). The CD set JCF received from Anderson bore the notations "Audio Literature Presents" and "Published by Edinburgh University 1998." A copy of a case from the First CD Set is attached hereto as Exhibit 3.

22.    When Audio Literature was contacted in October 2003 regarding the First CD Set, a company representative indicated it did not produce the CD set at issue; nor had Audio Literature ever offered any product in conjunction with Edinburgh University.

23.    The First CD Set also bore the notation "HighBridge Company," although, on information and belief, HighBridge Audio only distributed audio cassette versions of the Infringed Work.

24.    On information and belief, Anderson has offered and continues to offer copies of the Infringed Work through eBay, using the vendor name "granta1969."

25.    JCF ordered a CD set of the Infringed Work that "granta1969" listed on eBay in August 2003 (hereinafter, the "Second CD Set"). The Second CD Set arrived in packaging which listed Grant Anderson's name as the sender. A copy of the mailing label is attached hereto as Exhibit 4.

26.    The Second CD Set bore the notation "Audio Literature Presents," along with a sticker identifying "Weber State University Book Store." A copy of a case from the Second CD Set is attached hereto as Exhibit 5.

27.    When Weber State University Book Store was contacted in October 2003 regarding the Second CD Set, a Weber State University Book Store representative stated that the book store's database contained no record for the collection.

28.    On May 30, 2006, after JCF observed that Anderson was again selling Infringing Products, a cease and desist letter was sent to Anderson. A true and correct copy of that letter is attached hereto as Exhibit 6.

29.    On or about in October 2006, after JCF observed that Anderson was again selling

1   Infringing Products, a CD set of the Infringed Work that "granta1969" listed on eBay was ordered

2   (hereinafter, the "Third CD Set"). The Third CD Set bore the same notations as the First CD Set, i.e.,

3   "Audio Literature Presents," "Published by Edinburgh University 1998" and "HighBridge Company."

4   A copy of a case from the Third CD Set is attached hereto as Exhibit 7.

5          30.    On or about in April 2007, JCF observed that Anderson, as "granta1969" was once

6   again selling a CD set of the Infringed Work on eBay. A true and correct copy of Anderson's eBay

7   listing is attached hereto as Exhibit 1.

8          31.    JCF has not licensed or otherwise authorized anyone to manufacture, import, distribute,

9   publicly display, offer for sale or sell the Infringed Work in a CD format.

10         32.    On information and belief, Anderson created his unauthorized copies of the Infringed

11  Work by combining portions of the recordings by HighBridge Audio, Brightline, and/or Big Sur

12  Tapes.

13         33.    In at least one eBay listing, as demonstrated by the attached Exhibit 1, Anderson falsely

14  claims that the unauthorized CD set he offers for sale was "[r]ecovered from a closed down book store

15  here in Salt Lake they have been shelved for nearly 15 years."

16         34.    On information and belief, Anderson has manufactured, imported, distributed, publicly

17  displayed, offered for sale, and sold, without authorization, CD copies of the Infringed Work.

18         35.    On information and belief, Anderson has intentionally copied the Infringed Work with

19  knowledge of JCF's copyrights in these works.

20         36.    Anderson's eBay "Member Profile" for the granta1969 account lists several allegations

21  that Anderson sold "pirated," "fake" and/or "homemade" software, CDs and/or DVDs. Attached

22  hereto as Exhibit 8 is a true and correct copy of Anderson's eBay "Member Profile" for the

23  granta1969 account.

24         37.    On information and belief, Anderson purchases bulk CD covers, ink jet cartridges, and

25  CD inserts on eBay which he uses to create his unauthorized copies of the Infringed Work.

26

27              **CAUSE OF ACTION FOR COPYRIGHT INFRINGEMENT**

28         38.    Plaintiff realleges and incorporates by reference paragraphs 1 through 30.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                           - 5 -
CASE NO. _____

39.    Anderson's Infringing Products consist of wholly original material copied from the Infringed Works, and include copyrightable subject matter under the copyright laws of the United States.

40.    Since the creation of the Infringed Work, JCF and its predecessors in interest have complied in all respects with the Copyright Revision Act of 1976 (Title 17, United States Code) and all other laws governing copyright.  JCF has secured the exclusive rights and privileges in and to the copyrights in the Infringed Works and has received from the United States Copyright Office Registration No. PA-680-675, effective December 9, 1993.  A copy of the registration is attached as Exhibit 9.

41.    JCF is the sole owner of all right, title, and interest in and to the copyrights of the Infringed Work and the corresponding Certificates of Copyright Registration.

42.    On information and belief, Anderson is infringing JCF's copyrighted Infringed Work in violation of 17 U.S.C. § 501 by manufacturing, importing, distributing, publicly displaying, offering for sale, and selling CDs that were copied or caused to be copied from the Infringed Work and which are substantially similar to the Infringed Work.

43.    The infringement by Anderson is willful and deliberate, and with knowledge of JCF's pre-existing copyrights.

44.    Unless enjoined, Defendant will continue to infringe JCF's copyrighted Infringed Work.

45.    As a result of the copyright infringement by Defendant, JCF has suffered and will continue to suffer irreparable injury to its business reputation and goodwill and has lost sales and profits in an amount not yet fully ascertained.  JCF's remedy at law is not by itself adequate to compensate it for the injuries inflicted by Defendant.

**WHEREFORE**, plaintiff JCF prays that:

A.    Defendant and all persons in active concert or participation with him be enjoined and restrained during the pendency of this action and permanently thereafter, from manufacturing, importing, using, displaying, offering for sale, selling, marketing, shipping, licensing, and advertising unauthorized copies of the Infringed Work or otherwise infringing upon JCF's rights in any manner;

B.    During the pendency of this action, all materials containing unauthorized copies of the

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                          - 6 -
CASE NO. _____

1    Infringed Works be impounded and that all such materials be destroyed upon the entry of final

2    judgment;

3          C.    JCF be awarded its damages and the profits of Anderson resulting from Anderson's

4    acts of infringement;

5          D.    JCF be awarded, in the alternative, statutory damages in the amount of $150,000 per

6    work infringed;

7          E.    JCF be awarded its reasonable attorneys' fees and costs of suit, including its reasonable

8    litigation expenses; and

9          F.    JCF be awarded such other and further relief as this Court deems just.

10

11    DATED: May 14, 2007.            Respectfully submitted,

12

13                                By: _____

14                                Mary L. Shapiro
                            TOWNSEND AND TOWNSEND AND CREW LLP

15                                Two Embarcadero Center, 8th Floor
                            San Francisco, California 94111

16                                Telephone: (415) 576-0200
                            Facsimile: (415) 576-0300

17                                Attorneys for Plaintiff

18                                JOSEPH CAMPBELL FOUNDATION
   60904134 v1

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

3   parties, there is no such interest to report.

4

5

6

7   DATED:  May 14, 2007.              Respectfully submitted,

8

9                                      By: _____

10                                     Mary L. Shapiro
                                       TOWNSEND AND TOWNSEND AND CREW LLP
11                                     Two Embarcadero Center, 8th Floor
                                       San Francisco, California  94111
12                                     Telephone:  (415) 576-0200
                                       Facsimile:  (415) 576-0300

13                                     Attorneys for Plaintiff
                                       JOSEPH CAMPBELL FOUNDATION
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                        - 8 -
CASE NO. ____   . ____

EXHIBIT 1



home | pay | register | sign in | site map

**Buy**  **Sell**  **My eBay**  **Community**  **Help**

Start new search  Search
Advanced Search

Java™ TECHNOLOGY  (POWERED BY) Sun

⬅ Back to home page      Listed in category: Books > Audiobooks

## JOSEPH CAMPBELL 6 AUDIO CD - JAMES JOYCE - WINGS OF ART

Item number: 7026267970

ⓘ This ended item has been relisted. Click here to see the relisted item.
If you are the winner or seller, sign in for your status.



View larger picture

≡Buy It Now
price:                      **US $39.99**

Ended:             **May-01-06 22:59:36 PDT**
Shipping costs:    **US $5.50**
                   US Postal Service Priority
                   Mail®
                   Service to United States
                   (more services)

Ships to:          Worldwide
Item location:     Salt Lake City, Utah,
                   United States
Quantity:          0 available
History:           Purchases

You can also:      Email to a friend
                   | Sell one like this

**Meet the seller**
Seller:      granta1969 ( 162 ⭐ )
Feedback: **96.6% Positive**
Member:   since Jan-20-03 in United States
↪ Read feedback comments
↪ Ask seller a question
↪ Add to Favorite Sellers
↪ **View seller's other items**

Buy safely
1. **Check the seller's reputation**
   Score: 162 | 96.6% Positive
   Read feedback comments
2. **Learn how you are protected**
   **PayPal** Shop without sharing your
   financial details Learn more

**Listing and payment details:  Hide**

---

**Description**
*Item Specifics - Audiobooks*

| | | | |
|---|---|---|---|
| Format: | **CD** | Length: | **Unabridged** |
| Category: | **History** | Condition: | **Used** |
| Sub-Category: | **--** | | |

This is an ultra-rare 6 cd set audio lecture by Joseph Campbell speaking on writings, impact and history of James Joyce. It comes in the original cd cases with all original artwork.

It's titled, "Joseph Campbell on James Joyce - Wings of Art"   Only a small number of these were produced onto cd and they are now very rare indeed. From what I understand, the cassette version of Wings of Art is abridged. Only the cd set is fully unabridged.

Recovered from a closed down book store here in Salt Lake they have been shelved for nearly 15 years. All are used but are in super nice condition. If you ever wanted to understand James Joyce and his impact on the western world here is your chance. Professionally recorded over 6 days, Joseph Campbell is at his best here and will no doubt enlighten you to everything you ever wanted to know about James Joyce and his great works. Truly an inspired lecture with lots of energy. It's unlike any other Joseph Campbell lecture!

Shipping/handling is $5.50 by 2-3 day USPS priority mail. Outside the USA is $10.00

I accept paypal, money order or cashier check. Please no personal checks. Thanks for looking!

> Joseph Campbell co-authored the well known classic,
> "The Finnegans Wake Reference: A Skeleton Key", and from this
> came the inspiration for this informal 6 day lecture. A wonderful
> tour de force, encompassing the analysis of Ulysses, Portrait
> and Finnegans Wake. He delivers Joyce's theory of art, relates
> the texts' themes to mythology and philosophy and generally
> provides a wonderful sense of James Joyce as a brilliant man of
> sorrows, acquainted with grief, and who labored mightily to bring forth
> the "Big Three". Perhaps even on a level with Stuart Gilbert's
> brilliant lectures on Ulysses, this recording is a vibrant exploration
> for anyone interested in Joyce.



**00001**
FREE Counters and Services from Andale

### Shipping, payment details and return policy

**Ships to**
Worldwide

Country: | United States |     Update

| **Shipping and Handling** | **To** | **Service** |
|---|---|---|
| US $5.50 | United States | US Postal Service Priority Mail® Estimated delivery 2-3 days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Domestic Handling Time**
Will usually ship within 1 business day of <u>receiving cleared payment</u>.

**Shipping insurance**
Not offered

**Seller's payment instructions**
Please use Paypal or money order only! No personal checks please! Item will ship the day after payment is received. The cd set is guaranteed to be new and to work and play correctly, etc.!

### Payment methods accepted

This seller, granta1969, **prefers PayPal**.





Money order/Cashiers check
<u>Learn about payment methods.</u>

### Where to go next?

<u>Back to home page</u>  |  <u>Printer Version</u>  |  <u>Safe Trading Tips</u>

Seller assumes all responsibility for listing this item.

<u>Pulse</u> | <u>Reviews</u> | <u>Stores</u> | <u>Half</u> | <u>Popular Searches</u> | <u>eBay Blogs</u> | <u>eBay My World</u> | <u>Italy</u> | <u>China</u> | <u>France</u> | <u>Germany</u> | <u>India</u> | <u>United Kingdom</u>
<u>Kijiji</u> | <u>PayPal</u> | <u>eBay Matchups</u> | <u>Prostores</u> | <u>Rent</u> | <u>Shopping.com</u> | <u>Skype</u>

<u>About eBay</u> | <u>Announcements</u> | <u>Security Center</u> | <u>Policies</u> | <u>Site Map</u> | <u>Help</u>

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay <u>User Agreement</u> and <u>Privacy Policy</u>.

eBay JOSEPH CAMPBELL 6 AUDIO CD's - JAMES JOYCE WINGS OF ART (item 3301129300063 end time Apr-28-07 22:53:15 PDT)



| | Search | Advanced Search | Buy | Sell | My eBay | Community | Help |

Sign in

Site Map

eBay Categories ▼ | eBay Motors | eBay Express

Java™

Back to list of items    Listed in category: Books > Audiobooks

## JOSEPH CAMPBELL 6 AUDIO CD's - JAMES JOYCE WINGS OF ART

Item number: 3301129300063

RARE CD's - FINNEGANS WAKE - ULYSSES - MUST SEE!!!

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay



View larger picture

| | |
|---|---|
| Buy It Now price: | US $49.99 **Buy It Now >** |
| Best Offer | **Make Offer >** |
| End time: | Apr-28-07 22:53:15 PDT (3 days 13 hours) |
| Shipping costs: | US $6.50 US Postal Service Priority Mail® Service to United States (more services) |
| Ships to: | Worldwide |
| Item location: | Salt Lake City, Utah, United States |
| History: | 2 Offers |
| You can also: | **Watch This Item** Get alerts via Text message or IM Email to a friend |

**Meet the seller**

Seller:    granta1969 ( 193 ☆ )
Feedback: 97.1% Positive
Member:   since Jan-20-03 in United States
▸ Read feedback comments
▸ Ask seller a question
▸ Add to Favorite Sellers
▸ **View seller's other items**

**Buy safely**

1. **Check the seller's reputation**
   Score: 193 | 97.1% Positive
   Read feedback comments
2. **Check how you're protected**
   *PayPal* Up to $200 in buyer protection. See eligibility
   Returns: Seller accepts returns.
   7 Days Exchange

Listing and payment details:    Hide

eBay: JOSEPH CAMPBELL 6 AUDIO CD's - JAMES JOYCE-WINGS OF ART (item 330112930065 end time Apr-28-07 22:51:35 PDT)

## Description

| Item Specifics - Audiobooks | | | |
|---|---|---|---|
| Format: | CD | Length: | Unabridged |
| Category: | Lecture | Condition: | Used |
| Sub-Category: | – | | |

  

This is an ultra-rare 6 cd audio lecture by Joseph Campbell speaking on the writings, impact and history of James Joyce. It's titled, "Joseph Campbell on James Joyce - Wings of Art" It comes in the original cd cases with all original artwork.

If you ever wanted to understand James Joyce and his impact on the world here is your chance. Professionally recorded over 6 days, Joseph Campbell is at his best here and will no doubt enlighten you to everything you ever wanted to know about Joyce and his great works. This isn't just an introductory course either, as it contains enough material for just about anyone to discover something new. Truly an inspired lecture with lots of energy.

Only a small number of these were produced onto cd and they are now very rare indeed. From what I understand, the cassette version of Wings of Art is abridged. Only the cd set is fully unabridged.

Recovered from a closed down book store here in Salt Lake they have been shelved for nearly 15 years. All are used but are in good condition. Some cases may have slight scratches or marks or store stickers on them.

Joseph Campbell co-authored the well known classic, "The Finnegans Wake Reference: A Skeleton Key", and from this came the inspiration for this informal 6 day lecture. A wonderful tour de force, encompassing the analysis of Ulysses, Portrait of the Artist and Finnegans Wake. He delivers Joyce's theory of art, relates the texts' themes to mythology and philosophy and generally provides a wonderful sense of James Joyce as a brilliant man of sorrows, acquainted with grief, and who labored mightily to bring forth the "Big Three". Perhaps even on a level with Stuart Gilbert's brilliant lectures on Ulysses, this recording is a vibrant exploration for anyone interested in Joyce.

## SHIPPING/HANDLING

$6.50 within the USA (includes Alasaka and Hawaii) and $12 to Canada, UK, Europe/Germany & Australia. I pack well for safe arrival. I ship out the day after payment is received.

## PAYMENT

I accept and prefer Paypal payments including Paypal e-checks. I also accept most money orders and cashiers checks. I don't accept personal or business checks. International should use Paypal. International can also use any of the online money order services. Buyers are responsible for all fee's incurred with these services.

## BID WITH CONFIDENCE!!!

http://cgi.ebay.com/JOSEPH-CAMPBELL-6-AUDIO-CDs-JAMES-JOYCE-WING...E61QQitemZ6014QQcmdpgorZ39782QQcategoryZ619QQssPageNameZWDVWQQhtZ1QQtrksidZ ViewItem (7 of 9)4/29/2007 9:21:26 AM

**EXHIBIT 2**

## Shapiro, Mary L.

**From:**     Robert Walter [rwalterca@comcast.net]

**Sent:**      Tuesday, October 31, 2006 10:27 AM

**To:**         Shapiro, Mary L.

**Subject:** Fwd: Request for information on Another Seller of Copyrighted material
(KMM89665448V29447L0KM)


Begin forwarded message:

> **From:** eBay Customer Support <vero@ebay.com>
> **Date:** September 05, 2003 11:58:43 PM PDT
> **To:** Robert Walter <rwalterca@comcast.net>
> **Subject: Re: Request for information on Another Seller of Copyrighted material
> (KMM89665448V29447L0KM)**
> **Reply-To:** eBay Customer Support <vero@ebay.com>

Hello Robert,

Thank you for sending us this Personal Information Request.

We are pleased to provide you with the Vendor's information. That
information is as follows:

confuser69 / confuser_friendly@hotmail.com
Grant Anderson, 3121 SE Belmont St, Portland, OR, United States, 97214
Phone: 503-000-0000


Should you have any other questions on the Personal Information
Agreement, or concerns regarding this matter, please do not hesitate to
contact our VeRO Program again.

Regards,

Sylvia
eBay VeRO Team

_____        _____

eBay
Your Personal Trading Community (tm)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Important: eBay will not ask you for sensitive personal information
(such as your password, credit card and bank account numbers, Social
Security numbers, etc.) in an email. Learn more account protection tips
at:

10/31/2006

http://www.pages.ebay.com/help/account_protection.html

For our latest announcements, please check:

http://www2.ebay.com/aw/announce.shtml

*********************************************

(37618825)

Original Message Follows:
----------------------------

To Whom It May Concern:

We are registered in eBay's Verified Rights Owner's Program ("VeRO
Program")
and have completed your Personal Information Agreement and all
additional,
necessary paperwork to enable you to provide us with detailed
information
about an eBay seller ("confuser69") who continues to violate our
copyrights.

Accordingly, this is a request for information about that eBay seller
("confuser69") who continues to violate our copyrights by requesting a
copy
of your Personal Information Agreement.

We have asked in a separate email that the infringing items most
recently
offered for sale by said "confuser69," although we are aware that the
auctions for these items are already concluded.

Thank you for your assistance.

Sincerely,

Robert Walter
President/Executive Director
Joseph Campbell Foundation

10/31/2006

**EXHIBIT 3**



Joseph Campbell co-authored the well known classic, "The Finnegans Wake Reference: A Skeleton Key", and from this came the inspiration for this informal 6 day lecture. A wonderful tour de force encompassing the analysis of Ulysses, Portrait and Finnegans Wake. He delivers Joyce's theory of aesthetics, the links to mythology and philosophy and gives the audience a wonderful sense of James Joyce as a brilliant scholar, scourge, acquainted with grief, and who labored mightily to bring forth the "Big Three". Perhaps even on a level with Stuart Gilbert's brilliant lectures on Ulysses, this recording is a vibrant exploration for anyone interested in Joyce.

6 CD SET
HighBridge Company
Made in the US

All rights reserved.
Unauthorized duplication
is a violation of applicable
laws. Published 1998.

Published by Edinburgh
University 1998.

782-03048-23349-4332b

2 51842 22265   9

Audio
Literature

EXHIBIT 4



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

U.S. POSTAGE
PAID
PORTLAND, OR
97242
AUG 27. 03
AMOUNT
**$4.30**
00067806-03

9267        94960

IRED
ONLY

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE ®

www.usps.com

United States Postal Service®
**DELIVERY CONFIRMATION™**

E473 8748 0000 2940 0030

From: GRANT ANDERSON
3121 SE BELMONT ST
PORTLAND OR 97214

**TO:**

ROBERT WALTER
180 DE BURGH DRIVE
SAN ANSELMO, CA
94960

C-1096-SMALL
AUGUST 2002

Label 228   July 2002

**EXHIBIT 5**



AUDIO LITERATURE PRESENTS - JOSEPH CAMPBELL

JAMES JOYCE - WINGS OF ART - DISC 6



AUDIO LITERATURE PRESENTS - JOSEPH CAMPBELL

Urber State University Book Store

a043564-$149.99

3/CD - Joseph Campbell - James Joyce

JAMES JOYCE - WINGS OF ART - DISC 5

**EXHIBIT 6**

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111
Tel 415 576-0200
Fax 415 576-0300

mls@townsend.com

May 30, 2006

***VIA FEDEX***

Mr. Grant Anderson aka confuser69 and Granta1969
3121 E. Belmont St.
Portland, OR 97214

      Re:    Copyright Infringement - Unauthorized Sales of Joseph Campbell
              *James Joyce Wings of Art* CDs – Granta 1969
              Our File No. 025754-000709US

Dear Mr. Anderson:

      We represent the Joseph Campbell Foundation in copyright and other intellectual property matters. The Joseph Campbell Foundation ("JCF") is a non-profit organization that perpetuates Joseph Campbell's pioneering work by collecting, cataloging, reproducing, and distributing his books, papers, and recorded lectures on mythology. JCF is the copyright owner of registrations for Joseph Campbell's audio works, including the *Joseph Campbell™ James Joyce – Wings of Art* as well as the owner of the archival and underlying works that are the foundation for the above-referenced works and any secondary works derived from these works (hereafter referred to as the "Joseph Campbell Properties"). As such, JCF has the exclusive right to reproduce, prepare derivative works, distribute copies, or perform a work publicly or by means of a digital transmission in connection with any of its copyrighted works.

      Recently, JCF became aware of your internet sales of "Joseph Campbell On James Joyce Wings of Art." Your unauthorized sale of our client's copyrighted materials, on eBay or elsewhere, is actionable under United States copyright law.

      Through eBay's Verified Rights Owner (VeRO) Program, JCF obtained your vendor information in connection with the unauthorized listings for the above-referenced product. Further, through the VeRO program, eBay has removed the unauthorized listings.

      We contact you now to advise you that JCF is monitoring eBay and other websites. Should you commence selling any of JCF's copyrighted materials, we will advise our client to prosecute you to the full extent of the law, including, but not limited to, claiming willful infringement and pursuing statutory damages for as much as $150,000.

TOWNSEND
*and*
TOWNSEND
*and*
CREW

Mr. Grant Anderson aka confuser69 and Granta1969
May 30, 2006
Page 2

Further, JCF demands that within seven (7) days from the date of this letter, you return to JCF, care of this office, any and all unlicensed Joseph Campbell Properties in your possession, custody, or control, including, but not limited to all masters and copies of Joseph Campbell On James Joyce Wings of Art, in all formats.

Sincerely,

Mary L. Shapiro

MLS/cjf
cc:    Joseph Campbell Foundation
       Paul W. Vapnek, Esq.

60784267 v1

EXHIBIT 7



AUDIO LITERATURE PRESENTS

JOSEPH CAMPBELL
ON JAMES JOYCE
WINGS OF ART

Audio
Literature

PROGRAM 1, 2 & 3

# Joseph Campbell On James Joyce - Wings of Art

Joseph Campbell co-authored the well known classic, "The Finnegans Wake Reference-A Skeleton Key", and from this came the inspiration for this informal 6 day lecture. A wonderful tour de force, encompassing the analysis of Ulysses, Portrait, and Finnegans Wake. He delivers Joyce's theory of art, relates the text themes to mythology and philosophy and generally provides a wonderful sense of James Joyce as a brilliant man of sorrows, acquainted with grief, and who labored mightily to bring forth the "Big Three". Perhaps even on a level with Stuart Gilbert's brilliant lectures on Ulysses, this recording is a vibrant exploration for anyone interested in Joyce.

6 CD SET
HighBridge Company
Made in the U.K.





Published by Edinburgh University 1998.

All rights reserved. Unauthorized duplication is a violation of applicable laws. Published 1998.

Audio
Literature

782-03048-23343-4332b

25184 22265

UK SP 903
PM 902

LC 3098

**EXHIBIT 8**



home | pay | register | site map

| Buy | Sell | My eBay | Community | Help |

Start new search [Search]
Advanced Search

Hello! Sign in or register.

Java™ TECHNOLOGY    POWERED BY Sun

Home > Community > Feedback Forum > **Member Profile**

## Member Profile: granta1969 (162 ☆ )

| Feedback Score: | 162 |
|---|---|
| Positive Feedback: | 96.6% |

| Members who left a positive: | 168 |
|---|---|
| Members who left a negative: | 6 |

| All positive feedback received: | 208 |
|---|---|

Learn about what these numbers mean.

Recent Ratings:

| | Past Month | Past 6 Months | Past 12 Months |
|---|---|---|---|
| positive | 14 | 51 | 99 |
| neutral | 0 | 0 | 0 |
| negative | 1 | 1 | 2 |

Bid Retractions (Past 6 months): 0

Member since: Jan-20-03
Location: United States

- ID History
- Items for Sale
  Add to Favorite Sellers
  View My World page
  View my Reviews & Guides

[ Contact Member ]

---

**Feedback Received** | From Buyers | From Sellers | Left for Others

153 feedback received by granta1969 from buyers (0 ratings mutually withdrawn)    Page 1 of 1

| | Comment | From | Date / Time | Item # |
|---|---|---|---|---|
| ☺ | quality as described & fast international shipping | Buyer bluesamba42 ( 53 ★ ) | Oct-18-06 20:42 | 330035257669 |
| ☺ | quick & painless. | Buyer zvmooney ( 48 ☆ ) | Oct-16-06 12:35 | 330029039564 |
| ☺ | Great product. Fast shipping. Highly recommend. Thanks! | Buyer 63vm ( 304 ☆ ) | Oct-14-06 09:01 | 330026274295 |
| ☺ | Great transaction, prompt shipping !! Thank you!!! | Buyer batmagoo ( 130 ☆ ) | Oct-05-06 13:46 | 330023685046 |
| ☹ | Item was shipped very late and not in good condition. Waiting for response.<br>**Reply by granta1969:** CONTATCED ON SUN. NIGHT & LEFT NEG. EARLY MON & TURNS OUT DVD IS PROBABLY FINE<br>**Follow-up by kkolo3783:** was told I'd recv refund after returning dvd per seller - still waiting 2wks LTR | Buyer kkolo3783 ( 4 ) | Oct-02-06 10:49<br>Oct-04-06 08:30<br>Oct-19-06 13:41 | 330023769526 |
| ☺ | good product , shipped on time. Thanks. | Buyer m13taylor ( 34 ☆ ) | Sep-30-06 20:49 | 330027575046 |
| ☺ | Great Seller!! Great Product and Wonderful Communication!!! | Buyer pandoralynn ( 45 ☆ ) | Sep-29-06 22:29 | 330026274295 |
| ☺ | Shipped as promised. Great communication. A+++ | Buyer mike123live ( 16 ☆ ) | Sep-29-06 19:01 | 330023769526 |
| ☺ | Got items today-as described! Terrific! Well packed! Delighted! Thanks | Buyer guynan123 ( 9 ) | Sep-28-06 22:38 | 330017890073 |
| ☺ | CD's arrived from USA; took a while but look in good condition | Buyer anamchara2004 ( 15 ☆ ) | Sep-27-06 00:43 | 330017890073 |
| ☺ | thanks | Buyer foxfyre777 ( 58 ★ ) | Sep-26-06 10:16 | 330029039564 |

| | | | |
|---|---|---|---|
| Prompt, professional and courteous. Look forward to doing business w/ you again. | Buyer michmaus1b8j ( 0 ) | Sep-26-06 08:58 | 330029382043 |
| Received items very promptly, in good condition! | Buyer maxi8dbi ( 391 ★ ) | Sep-21-06 12:41 | 330023685046 |
| Very helpful seller! | Buyer ann-enigma ( 37 ☆ ) | Sep-15-06 13:42 | 330013466277 |
| Been wanting to see this - thanks a bunch! | Buyer miami_tammie ( 171 ☆ ) | Sep-13-06 12:22 | 330018681997 |
| I love my item. Excellent seller! A++++++ | Buyer madpoet6969 ( 9 ) | Sep-06-06 13:27 | 330018681997 |
| as discribed and fast delivery | Buyer pacohh5169 ( 163 ☆ ) | Aug-24-06 19:45 | 330011914823 |
| I received my package today! Thank you for answering my questions!!! | Buyer wagner_ltd ( 7 ) | Aug-24-06 17:16 | 330017890073 |
| fine transaction | Buyer klaatu9x ( 82 ★ ) | Aug-19-06 12:46 | 330011914823 |
| superfast! | Buyer denizzart ( 44 ☆ ) | Aug-18-06 09:38 | 330013466277 |
| Perfect in every way - many thanks! AAAAA+++++ | Buyer ticker789 ( 219 ☆ ) | Aug-17-06 13:42 | 330011914823 |
| Came as specified and speedy delivery!!!! | Buyer veggiegoof ( 89 ★ ) | Aug-15-06 14:48 | 330013466277 |
| Thanks for a fine transaction. | Buyer holtkampbk ( 234 ☆ ) | Aug-09-06 07:59 | 330011914823 |
| Item as described; very satisfactory. | Buyer uncleworn ( 196 ☆ ) | Jul-27-06 13:13 | 330006292946 |
| Beautiful item and Great service! Very highly Recommended! | Buyer geoffgoers ( 1044 ★ ) | Jul-25-06 12:22 | 330006292946 |
| Thanks! | Buyer 33guitar ( 211 ☆ ) | Jul-25-06 11:22 | 330006292946 |
| great item, well-packed, fast shipping!! thanks!!! | Buyer ravynthorne ( 522 ☆ ) | Jul-17-06 18:14 | 330000186241 |
| AAA+ | Buyer serreos333 ( 64 ★ ) | Jul-17-06 09:44 | 7026267970 |
| prompt delivery, great seller! | Buyer manygreatdealsforyou ( 73 ★ ) | Jul-16-06 19:48 | 330003196801 |
| Fast shipping - Thank you | Buyer discoveryshelf ( 845 ☆ ) | Jul-13-06 20:21 | 330000186241 |
| as advertised, fast service | Buyer historyman2516 ( 128 ☆ ) | Jul-09-06 17:39 | 7041594178 |
| Received. Thank you. Great seller. | Buyer nocemetreasures ( 1100 ★ ) | Jul-01-06 20:17 | 330000186241 |
| Perfect transaction. Highly recommended seller, thanks a lot! | Buyer pia6666 ( 998 ☆ ) | Jun-17-06 06:59 | 7028062080 |
| quick ship | Buyer amarythe ( 546 ☆ ) | May-10-06 16:56 | 7023714971 |
| item arrived prompty and in condition as stated | Buyer nicole1402 ( 35 ☆ ) | May-06-06 16:18 | 7026267970 |
| Great - Product arrived promptly and in good condition. | Buyer gregfoxst ( 6 ) | May-06-06 02:07 | 7016430199 |
| The item arrived very promptly and was in the condition stated on ebay. Thanks. | Buyer wakinglife1 ( 1 ) | May-02-06 10:56 | 7020036308 |
| Highly recommended! AA ++ | Buyer millu123 ( 80 ★ ) | May-02-06 09:13 | 7023714971 |

| | | | |
|---|---|---|---|
| Very fast delivery. Wonderful ebayer!!! A+++...++++++++!!!! | Buyer forgaia ( 26 ) ☆ | Apr-14-06 17:06 | 7021282083 |
| great product and service. | Buyer binker13 ( 93 ) ★ | Apr-14-06 13:17 | 7021282083 |
| Great eBay seller!!! AAA+ | Buyer buckskinstallion ( 122 ) ☆ | Apr-11-06 10:14 | 7018701635 |
| good eBayer/ will trade with again | Buyer cello1951 ( 129 ) ☆ | Apr-11-06 10:13 | 7020036306 |
| smooth transaction, good communication, super fast ship, A++++ | Buyer boisemft ( 53 ) ★ | Apr-09-06 20:28 | 7021282083 |
| excellent. | Buyer monchete ( 108 ) ☆ | Apr-07-06 16:51 | 7018701635 |
| WORLD CLASS SELLER - Great items delivered with lots of TLC & FAST. BUY HERE++++ | Buyer bluecatpaw5 ( 406 ) ☆ | Apr-06-06 09:50 | 7020036306 |
| Great materials delivered SUPER SUPER FAST. Excellent Seller A-1+ +++ | Buyer bluecatpaw5 ( 406 ) ☆ | Apr-03-06 11:18 | 7018701635 |
| Thank you! | Buyer daedalus0812 ( 222 ) ☆ | Mar-30-06 07:49 | 6846084623 |
| recieved thanks. | Buyer gespark ( 159 ) ☆ | Mar-29-06 13:01 | 6849005480 |
| Shipped and received FAST! Thank you. | Buyer rhartsantarosa ( 11 ) ☆ | Mar-29-06 08:36 | 7014959741 |
| Outstanding. Thanks! | Buyer doug.tygar ( 229 ) ☆ | Mar-26-06 21:37 | 7014959741 |
| The very best. Quick response and great product. Thanks | Buyer praterstrassevienna ( 50 ) ★ | Mar-24-06 03:58 | 7013789553 |
| excellent condition, quick shipment | Buyer janlicn ( 273 ) ☆ | Mar-23-06 04:10 | 7013789553 |
| Fast shipper..A1111111111111111111 | Buyer phillipx ( 315 ) ☆ | Mar-19-06 14:48 | 6856499194 |
| thank you very much | Buyer myer7myer ( 35 ) ☆ | Mar-16-06 13:02 | 6851974721 |
| quick shipping - item arrived safely and as advertised - thank you. | Buyer luv_my_paso ( 363 ) ☆ 🔲 | Mar-10-06 16:59 | 6851974721 |
| Received as described. good ebayer AAAAAAAAAA++++++++ | Buyer oldtime158 ( 119 ) ☆ | Mar-06-06 15:49 | 6851974721 |
| Great deal, hard to find AUTHENTIC cd's. Thanks, made my life easier. | Buyer tchamp2 ( 97 ) ★ | Mar-03-06 06:13 | 6849005480 |
| Thank you! | Buyer daedalus0812 ( 222 ) ☆ | Mar-01-06 22:22 | 6646084623 |
| Fast shipper..A111111111111 | Buyer phillipx ( 315 ) ☆ | Feb-26-06 21:44 | 6846084623 |
| Fast shipper...A11111111111111111111 | Buyer phillipx ( 315 ) ☆ | Feb-26-06 21:44 | 6846084623 |
| fast shipping A+++, great service | Buyer kolascomputing ( 71 ) ★ 🔲 | Feb-14-06 18:23 | 6846084623 |
| as was in the ad+++ | Buyer siriobeta1999 ( 93 ) ☆ | Feb-14-06 06:56 | 6846084623 |
| great stuff | Buyer boriquobill ( 365 ) ☆ | Dec-19-05 17:11 | 6985387104 |
| great item. great seller. thanks again | Buyer nastynati ( 13 ) ☆ | Dec-08-05 16:11 | 6985387104 |

| | Comment | Buyer | Date | Item |
|---|---|---|---|---|
| ⊕ | it took awhile to get them, but the CDs arrived as promised. Very impressed. AAA | Buyer peakevents ( 71 ★ ) | Dec-06-05 10:58 | 6985387104 |
| ⊕ | Items as described, recommended | Buyer zazenkarma ( 15 ☆ ) | Dec-01-05 01:33 | 6985387104 |
| ⊕ | Item delivered as promised. and in good condition. | Buyer mpm2000 ( 90 ★ ) | Nov-27-05 21:27 | 6985387104 |
| ⊕ | A Perfect Transaction Item Recived as discribed Would Recomend this seller A+ | Buyer rotech7 ( 192 ☆ ) | Nov-18-05 18:50 | 6985387104 |
| ⊕ | Smooth transaction - item as described - good service | Buyer ednovak ( 20 ☆ ) | Nov-15-05 16:58 | 6985387104 |
| ⊕ | Fast ship and good communication. Thx! | Buyer yattacheese ( 106 ☆ ) | Nov-10-05 11:02 | 6985387104 |
| ⊖ | Sold me pirated software ( confirmed by ALANWATTS.COM). No communications. | Buyer ccm820 ( 80 ★ ) | Nov-09-05 22:33 | 6984050259 |
| ⊕ | Fast delivery... Excellent Product... | Buyer msww3953 ( 2 ) | Nov-06-05 15:18 | 6984050259 |
| ⊕ | Payment Sat, shipped Fri, product as advertised, very satisfied, A+ | Buyer veghead0 ( 1 ) | Nov-03-05 21:09 | 6984050259 |
| ⊕ | Great transaction & item!!!! AAA+++ | Buyer omlover ( 201 ☆ ) | Nov-01-05 11:38 | 6984050259 |
| ⊕ | fair deal on rare dvd-fast shipping-thanks!!! | Buyer ricks7234 ( 154 ☆ ) | Oct-18-05 19:09 | 6439980305 |
| ⊕ | Great Seller,Great Contact,All around Great Ebayer!A++++++ | Buyer valeknali ( 58 ★ ) | Oct-12-05 19:38 | Private |
| ⊕ | Great ebayer.....good product.....A++++ | Buyer thoeppne ( 146 ☆ ) | Sep-18-05 16:32 | Private |
| ⊕ | Smooth transaction, would recommend, Thanks | Buyer ele8 ( 444 ☆ ) | Sep-17-05 21:41 | Private |
| ⊕ | Perfect Transaction!!!! A+ | Buyer offthehook03 ( 92 ★ ) | Sep-16-05 15:34 | Private |
| ⊕ | great seller, perfect transaction. | Buyer playingintrafficforcheapthrills ( 95 ★ ) | Jul-19-05 09:00 | 5585865257 |
| ⊕ | Great communication, superfast shipping. Thank you!! | Buyer aethyric ( 66 ★ ) | Jul-15-05 05:38 | 5588665960 |
| ⊕ | this is one very responsive Seller that Ebay should be proud of! | Buyer robinstonetower ( 403 ☆ ) | Jul-07-05 21:42 | 5588665960 |
| ⊕ | Thanks! AAAAAAA++++++++ | Buyer t.nails ( 195 ☆ ) | Jun-28-05 19:26 | 5591098896 |
| ⊕ | Item exactly as described. Shipped quickly. Excellent service! | Buyer tsho ( 84 ★ ) | Jun-13-05 09:09 | 5585865257 |
| ⊕ | AAAA++++ Lightening fast delivery, Excellent condition! Thanks!!!!!!!!!!!!!!!! | Buyer heresanear ( 65 ★ ) | Jun-05-05 09:40 | 5578606018 |
| ⊕ | A+ | Buyer mrchulak ( 182 ☆ ) | May-13-05 13:36 | 5578606018 |
| ⊕ | got the package today, CDs are in excellent condition and exactly what i wanted | Buyer anthonychip ( 4 ) | May-13-05 00:02 | 5578606018 |
| ⊖ | *** WARNING*** FAKE DVDs - DO NOT PURCHASE FROM THIS PERSON | Buyer livingstoninternationaltradinginc ( 34 ☆ ) | Aug-21-04 04:26 | 4189113433 |
| ⊕ | thanks a lot! | Buyer ildipici ( 400 ☆ ) no longer a registered user | Jul-27-04 01:50 | 6304121322 |
| ⊕ | AWESOME seller! Thanks for the great item! | Buyer walrus25 ( private ) no longer a registered user | Jul-26-04 15:07 | 6300574656 |

| Comment | Buyer | Date | Item # |
|---|---|---|---|
| It was a pleasure! | Buyer noonigrad ( 9 ) | Jul-20-04 08:49 | 4185524849 |
| quick delivery...thank you! | Buyer ladybugz284 ( 7 ) | Jul-19-04 19:24 | 6306135763 |
| Well delivery received on time without this cds my machine No use Thanks********* | Buyer elmi-computers ( 149 ☆ ) | Jul-19-04 04:12 | 3490859153 |
| excellent transaction! quick shipment- item as described | Buyer johnr1962 ( 88 ★ ) | Jul-10-04 10:44 | 6306350580 |
| Fast shipper but disk would not work on my ps2 | Buyer coltxl2717 ( 5 ) | Jul-09-04 15:49 | 6304121322 |
| Super Seller, A+. Whee | Buyer legism ( 68 ★ ) | Jul-09-04 13:09 | 6304121322 |
| Extremely fast shipping. Item exactly as described. Highly Recommended Seller! | Buyer kim-bob ( 909 ☆ ) | Jul-08-04 19:16 | 6306350580 |
| I got the DVD, thanks for your professional and excellent service. | Buyer youspurs ( 86 ★ ) | Jul-07-04 16:40 | 6306138662 |
| Fast shipping | Buyer mikeindy63 ( 45 ☆ ) | Jul-06-04 21:52 | 6306138662 |
| HOMEMADE DVDS, NO EMAILS, INFORMING EBAY,PAYPAL, FBI & USPS YOU'RE CHOICE GRANT  Follow-up by izifaddag: Steals, then attacks victims with retaliatory feedback, email for full details | Buyer izifaddag ( 327 ☆ ) | Jul-06-04 10:37  Jul-24-04 10:47 | 6304968318 |
| Sweet as trade, goods arrived very promptly. Thanks! AAAAA+++++ | Buyer dragondix99 ( 14 ☆ ) | Jul-04-04 19:38 | 3732323014 |
| awesome seller--good communication & fast shipping! | Buyer ibntmywookiee ( 2 ) | Jul-02-04 12:43 | 3732512861 |
| gr8 as described thank you | Buyer dartanial ( 222 ) | Jul-02-04 10:54 | 6304121322 |
| Great service! Thanks! | Buyer mrsqueaky ( 27 ☆ ) | Jun-29-04 12:17 | 6304136697 |
| Great seller - goes above and beyond. Highly recommended!!!! | Buyer asinh6bw ( 23 ☆ ) | Jun-28-04 08:16 | 6300113031 |
| Item arrived safely & as described. Prompt & efficient service. Thanks :-) | Buyer tazi_tiger ( 4805 ★ ) | Jun-28-04 03:46 | 6300574656 |
| Excellent Product Condition, as stated A++ Great Seller ???? | Buyer fm226 ( 32 ☆ ) | Jun-26-04 16:15 | 6300978084 |
| Recommended seller! Great DVD!!! | Buyer kim-em-all ( 37 ☆ ) | Jun-26-04 18:04 | 4193295599 |
| Very Fast, Very Good Communication. A++++ | Buyer sailorrussell ( 45 ☆ ) | Jun-24-04 07:12 | 4193294681 |
| Good Transaction. Quick Delivery | Buyer kmesick ( 31 ☆ ) | Jun-18-04 19:19 | 3728618230 |
| QUICK Payment at close of auction! Thank You!! Excellent Ebayer!!! A +++++ | Buyer iozertwa ( 126 ☆ ) | Jun-18-04 04:31 | 6300113031 |
| quick shipping great item recommended seller | Buyer mburke5284 ( 1380 ★ ) | Jun-10-04 22:14 | 4190479554 |
| Great transaction. Fast delivery. Thanks!! | Buyer no*spring*chicken ( 322 ☆ ) | Jun-10-04 21:21 | 4193294681 |
| Quick service--decent product | Buyer vosknocker ( 2 ) | Jun-08-04 06:05 | 4190260525 |
| awesome ebayer.....nice doing business with you.  no longer a registered user | Buyer rustylozano ( 77 ★ ) | Jun-03-04 11:52 | 3725717565 |
| Prompt delivery, quality product. A reputable dealer. | Buyer third-man ( 65 ★ ) | Jun-01-04 14:47 | 4189113433 |
| A++ What I wanted/won is what I got A++ | Buyer rearlgrant ( 107 ☆ ) | May-31-04 13:35 | 4190731144 |

| | | | |
|---|---|---|---|
| Item came promptly and is a nice find. | Buyer ever-ready ( 155 ) ☆ | May-31-04 11:17 | 4190260525 |
| Very HAPPY !!!! Communication !!!! Item as stated GREAT EBAY PERSON AA++++ | Buyer apprenticeenchanter ( 60 ) ★ | May-29-04 12:33 | 4190260525 |
| Great DVD, Fast Shipping, Thanks, A+++++ | Buyer rocketcavy ( 371 ) ☆ | May-29-04 05:29 | 4185032327 |
| Had a problem - handled perfectly. Thanks heaps!! | Buyer chamainerob ( 18 ) ☆ | May-24-04 00:14 | 4186236990 |
| FAST | Buyer izy4rl ( 397 ) | May-21-04 00:38 | 4188306174 |
| great item! thanks...quick delivery...great correspondence! | Buyer grahamcracker888 ( 41 ) ☆ | May-19-04 21:27 | 4188873074 |
| Very quick shipping. Excellent service. Great product! | Buyer keebsmp3s ( 151 ) ☆ | May-17-04 15:29 | 4188328147 |
| Fast Shipping A++ Transaction | Buyer pimpinfro321 ( 42 ) ☆ | May-17-04 10:26 | 4186644936 |
| Very quick. I'd shop here again. | Buyer steed7 ( 48 ) ☆ | May-13-04 11:01 | 4187575641 |
| absolutely incredible, thanks alot A++++++++++++++++++++++++ ++++++++++++++++ | Buyer the_amazing_pudding ( 72 ) ★ | May-05-04 18:52 | 4185536488 |
| Fast Shipping, just as promised. Highly recommended !!!!! | Buyer a-klasse_2003 ( 69 ) ★ | May-04-04 07:36 | 3475302661 |
| Fantastic deal!!! Even gave more than advertised. Great communication. Thanks!!! | Buyer leyba71 ( 76 ) ★ | Apr-24-04 13:46 | 3719618758 |
| thanks fast shipping | Buyer lindsey4204 ( 104 ) ☆ | Apr-01-04 21:03 | 3713740618 |
| Perfect, Factory Original CD's...great Communication and shipping, worries over | Buyer toetappin ( 81 ) ★ | Mar-28-04 20:49 | 3467958954 |
| great to deal with got merchandise super fast. | Buyer dynoflow01 ( 23 ) ☆ | Mar-28-04 08:31 | 3712532424 |
| all in order, fast shipment...ty | Buyer bigwavegabe ( 168 ) ☆ | Mar-26-04 22:16 | 3713418188 |
| he got it to me fast (less than 2 days) and the cds are in near mint condition. | Buyer podfreq ( 66 ) ☆ | Mar-12-04 06:57 | 3707760099 |
| Swift shipping! Good deal. | Buyer houpau ( 107 ) ☆ | Mar-03-04 07:06 | 3705464304 |
| Good seller. Transaction Completed. | Buyer rjonesii ( 278 ) ☆ | Feb-29-04 20:54 | 3460709993 |
| great seller, fast delivery, great price!! would buy from again A+++++++ | Buyer angelbear489 ( 63 ) ★ | Jan-30-04 13:01 | 3655903207 |
| Do not buy from this ebayer!!!! | Buyer r4dlev ( 88 ) ★ no longer a registered user | Jan-28-04 03:10 | 3366309275 |
| Helpful and friendly seller. Mailed promptly. Recommended. A+ Thanks! | Buyer uglimouse ( 787 ) ☆ | Jan-13-04 14:54 | 3372386856 |
| nice smooth transaction, fast shipment, excellent seller | Buyer vic_526 ( 428 ) ☆ | Dec-18-03 18:25 | 2770837006 |
| Quick shipping!!! Smooth transaction!!! Thanks!!! AAAAA+++++ | Buyer mmiink ( 769 ) ☆ | Dec-11-03 12:22 | 3369371488 |
| Simply OUTSTANDING! Great to deal with. Hope to again SOON! A++ +++! | Buyer glhajaz ( 236 ) ☆ | Dec-11-03 02:23 | 2968589305 |
| Great Ebay seller.great lot...Fast delivery and arrived in perfect cond..... A+++ | Buyer imyselfnme ( 10 ) ☆ | Dec-09-03 14:38 | 2769654308 |

| | | | |
|---|---|---|---|
| Transaction handled in a professional manner, thank you. | Buyer  oaughmaille ( 541  ☆ ) | Dec-09-03 11:26 | 3367127430 |
| Super Fast Shipment. Product as described. A+++++ | Buyer  viespaul ( 53  ★ ) | Dec-09-03 08:26 | 3366331692 |
| delivered as promised quick shipment | Buyer  No longer a registered user | Dec-07-03 13:39 | 3361624305 |
| DVD arrived quickly, and exactly as described. Thank you! | Buyer  the_aceface ( 210  ☆ ) | Dec-04-03 10:15 | 3367123281 |
| Very nice people , he/she makes me a gift Thanks a lot | Buyer  langanito ( 367  ☆ ) | Dec-03-03 10:05 | 3361627506 |
| Very fast service, highly recommended. | Buyer  makonlin10 ( 61  ★ ) | Nov-29-03 17:33 | 2966358504 |
| fast, great | Buyer  nabacough ( 52  ★ ) | Nov-24-03 12:30 | 2964697410 |
| Super Fast Shipping! Highest Ebay Recommendation!    no longer a registered user | Buyer  gman7111 ( 685  ☆ ) | Nov-10-03 11:39 | 2961430383 |
| Xlnt transaction,quick shipping | Buyer  jonsan ( 506  ☆ ) | Oct-30-03 09:05 | 2959420924 |
| Very fast delivery-good and quick emails-honest-reliable-Highly Recommended. | Buyer  philbarbolds96 ( 198  ☆ ) | Sep-06-03 10:11 | 2750313963 |

Page 1 of 1

Items per page:

200

## Where would you like to go next?

Leave feedback  |  Reply to feedback received

Feedback is shown with most-recent comments first. Each comment is attributed to its author who takes full responsibility for the comment. If you have any questions or concerns about a particular comment, please contact the author directly by clicking on the author's User ID and then clicking the contact member link.

Detailed item information only available for 90 days.

**Feedback Forum** | **Discussion Boards** | **Groups** | **Answer Center** | **Chat Rooms** | **Community Values**

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

**EXHIBIT 9**

 **Search Records Results**

Registered Works Database (Title Search)
**Search For:** WINGS OF ART : JOSEPH CAMPBELL ON JAMES JOY
**Item 1 of 1**

---

| | |
|---|---|
| 1. Registration Number: | PA-680-675 |
| Title: | Wings of art : Joseph Campbell on James Joyce. |
| Description: | 6 videocassettes ; 1/2 in. |
| Note: | Collection. |
| Claimant: | Joseph Campbell Foundation |
| Created: | 1990 |
| Published: | 15Aug90 |
| Registered: | 9Dec93 |
| Author on © Application: | text of lectures: Joseph Campbell , 1904-1987; videotapes of lectures: Mythology, Ltd., employer for hire. |
| Special Codes: | 4/X/L |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000