| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MARY L. SHAPIRO<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>TWO EMBARCADERO CENTER<br>8TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-576-0200   FAX No: 415-576-0300 | E-filing | FILED<br>07 JUN 18 PM 1:46<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>025754-001600US | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: JOSEPH CAMPBELL FOUNDATION
Defendant: GRANT ANDERSON

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 2586 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT; COMPLAINT FOR COPYRIGHT INFRINGEMENT.

3. a. Party served:   GRANT ANDERSON

4. Address where the party was served:   2491 N. HIGHWAY 89
   #533
   OGDEN, UT 84404

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in Item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., May. 27, 2007 (2) at: 2:15PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOE REARDON
   
   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

FAXED

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Jun. 18, 2007

Judicial Council Form        PROOF OF SERVICE        (JOE REARDON)   6351910.town0.68991
Rule 982.9.(a)&(b) Rev January 1, 2007        SUMMONS

06/18/2007 12:04 8017738229  WASATCH INVESTIG  PAGE 03

TOTAL P.07

| Attorney or Party without Attorney: | | | | FILED For Court Use Only |
|---|---|---|---|---|
| MARY L. SHAPIRO<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>TWO EMBARCADERO CENTER<br>8TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-576-0200   FAX No: 415-576-0300 | | | Ref. No or File No.:<br>025754-001600US | 07 JUN 18 PM 1:46<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: JOSEPH CAMPBELL FOUNDATION | | | | |
| Defendant: GRANT ANDERSON | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 2586 SI |

1. I, JOE REARDON, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GRANT ANDERSON as follows:

2. Documents: SUMMONS IN A CIVIL CASE; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT; COMPLAINT FOR COPYRIGHT INFRINGEMENT..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 05/19/07 | 6:20pm | Home | NO ANSWER. THE NAME ON THE MAIL BOX IS "HOLT". PER A NEIGHBOR WHO HAS LIVED NEXT DOOR FOR TWELVE YEARS, A FEMALE LIVES NEXT DOOR AND THE SUBJECT IS UNKNOWN. Attempt made by: TODD BARNETT. Attempt at: 674 COLUMBUS STREET SALT LAKE CITY UT 84103. |
| Sun | 05/27/07 | 2:15pm | Home | Personal Service on: GRANT ANDERSON Home - 2491 N. HIGHWAY 89 #533 OGDEN, UT. 84404 by Serving: party in item 3.a. Served by: JOE REARDON |

3. Person Executing
   a. JOE REARDON
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

6/18/2007

Date: Mon, Jun. 18, 2007       AFFIDAVIT OF REASONABLE DILIGENCE       (JOE REARDON)

JUN-18-2007 10:37     FIRST LEGAL SF     415 626 4138     P.03