1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONNY CORPORATION, a Michigan corporation<br><br>Defendant | Civil Action No. C06-0020P<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br><br>**NOTED FOR CONSIDERATION:**<br>**September 14, 2006** |

TO: THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff QWEST COMMUNICATIONS INTERNATIONAL INC. ("Qwest"), hereby requests that the Clerk of the above-captioned Court enter default in this matter against defendant SONNY CORPORATION ("Defendant") on the grounds that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Defendant was served with the Summons and Complaint in this action on March 9, 2006. (Dkt. No. 7). Defendant filed a motion to dismiss on March 29, 2006. (Dkt. No. 15). The Court denied Defendant's motion to dismiss in an Order dated May 15, 2006. (Dkt. No. 20). Pursuant to Rule 12(a)(4)(A), the Answer of defendant was due ten court days thereafter, on or before May 30, 2006. No such answer has been filed or served by Defendant. Qwest has not agreed to any extension of time.

Counsel for plaintiff gave notice on September 7, 2006 to counsel for Defendant that plaintiff would seek Entry of Default becauseDefendant had failed to file an Answer or cooperate in settlement. With no Answer having been filed, Defendant is in default of its obligation to answer the Complaint. Accordingly, plaintiff seeks entry of the default of Defendant.

The above stated facts are set forth in the accompanying Declaration of Anthony J. Malutta, filed concurrently herewith.

DATED: September 14, 2006        TOWNSEND AND TOWNSEND AND CREW LLP

By:        /s/
Steven W. Parmelee, WA Bar # 15016
Two Union Square, 601 Union Street, Suite 5400
Seattle, WA 98101
Telephone:  (206) 467-9600
Facsimile:   (206) 623-6793

Mark T. Jansen, *Admitted Pro Hac Vice*
Anthony J. Malutta, *Admitted Pro Hac Vice*
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

Attorneys for Plaintiff
QWEST COMMUNICATIONS INTERNATIONAL INC.

60864807 v1

## PROOF OF SERVICE

I, Charlene J. Foster, declare: I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

On September 14, 2006, I served the following documents exactly entitled: **MOTION FOR ENTRY OF DEAULT** on the interested parties in this action by:

Edward L. Lane
Law Office of Edward L. Lane
6109 93d Street SW
Lakewood, WA 98499

**BY MAIL**
[ ]   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

**E-FILING AND/OR E-MAILING DOCUMENT**
[ ]   ELECTRONIC TRANSMISSION: I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above. The transmitting terminal address is cjfoster@townsend.com.

**ONLY E-FILING DOCUMENT**
[ X ]   ELECTRONIC TRANSMISSION: I declare that a copy of said document(s) was filed electronically on September 14, 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 14, 2006, at San Francisco, California.

                /s/
Charlene J. Foster