1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  MARY L. SHAPIRO (State Bar No. 201199)
   MARIE C. SEIBEL (State Bar No. 221014)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  JOSEPH CAMPBELL
   FOUNDATION
7

8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION
11

12 
13  JOSEPH CAMPBELL FOUNDATION, a            Civil Action No. C 07-2586 SI
    Hawaii corporation,
                                             **DEFAULT BY CLERK**
14              Plaintiff,
                                             **(FRCP 55(a))**
15         v.

16  GRANT ANDERSON, a resident of Utah,

17              Defendant.

18
         It appearing from the records in the above-entitled action that Summons has been served upon
19
    the defendant named below, and it further appearing from the declaration of counsel for Plaintiff
20
    Joseph Campbell Foundation, and other evidence as required by F.R.C.P. 55(a) that the below
21
    defendant has failed to plead or otherwise defend in this action as directed in the Summons and as
22
    provided in the Federal Rules of Civil Procedure:
23
    //
24
    //
25

26

27

28

1    NOW, THEREFORE, on request of counsel, the default of the following named defendant is
2 hereby entered:
3        GRANT ANDERSON.
4
5 DATED: _____        By: _____
                                             Deputy Clerk

8 60098984_1

*Joseph Campbell Foundation v. Grant Anderson*     2
DEFAULT BY CLERK
CASE NO. C 07-2586 SI