1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  MARY L. SHAPIRO (State Bar No. 201199)
   MARIE C. SEIBEL (State Bar No. 221014)
3  Two Embarcadero Center, Eighth Floor
   San Francisco, California  94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  JOSEPH CAMPBELL
   FOUNDATION
7

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13  JOSEPH CAMPBELL FOUNDATION, a          Civil Action No. C -07-2586 SI
    Hawaii corporation,,
14                                         **PROOF OF SERVICE OF DEFAULT BY
                                           CLERK; REQUEST FOR ENTRY OF
                 Plaintiff,                DEFAULT AND DECLARATION OF
15                                         MARY L. SHAPIRO IN SUPPORT OF
         v.                                REQUEST FOR ENTRY OF DEFAULT**
16
    GRANT ANDERSON, a resident of Utah,,
17
                 Defendant.
18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1.    I am over the age of 18 years and am not a party to the within cause.  My business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.

2.    I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3.    Following said practice, on August 14, 2007 I served by United States mail, a true copy of the attached documents titled exactly **DEFAULT BY CLERK, REQUEST FOR ENTRY OF DEFAULT AND DECLARATION OF MARY L. SHAPIRO IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

> Grant Anderson
> 2491 N. Highway 89 #533
> Ogden, UT  84404

EXECUTED this 24th day of August, 2007, at San Francisco, California.

/Charlene J. Foster/ _____
Charlene J. Foster

61124274 v1

PROOF OF SERVICE OF DEFAULT BY CLERK; REQUEST FOR ENTRY OF DEFAULT AND DECLARATION OF MARY L. SHAPIRO IN
SUPPORT OF REQUEST FOR ENTRY OF DEFAULT                                                                    - 1 -
CIVIL ACTION NO. C -07-2586 SI