1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  MARY L. SHAPIRO (State Bar No. 201199)
   MARIE C. SEIBEL (State Bar No. 221014)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  JOSEPH CAMPBELL
   FOUNDATION
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
12
13 JOSEPH CAMPBELL FOUNDATION, a         Civil Action No. C 07-2586 SI
   Hawaii corporation,
14                                       **REQUEST FOR ENTRY OF DEFAULT**
                    Plaintiff,           **(FRCP 55(a))**
15
          v.
16
   GRANT ANDERSON, a resident of Utah,
17
                    Defendant.
18
19 TO THE CLERK OF THE ABOVE-ENTITLED COURT

20        Plaintiff Joseph Campbell Foundation ("JCF") hereby requests that the Clerk of the above-

21 entitled Court enter default in this matter against defendant Grant Anderson ("Anderson") on the

22 ground that said defendant has failed to appear or otherwise respond to the complaint in the manner

23 and within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint

24 on defendant on May 27, 2007, evidenced by the proof of service of summons and complaint on file

25 with this Court.

26 ///

27 ///

28 ///

*Joseph Campbell Foundation v. Grant Anderson*
REQUEST FOR ENTRY OF DEFAULT
CASE NO. C 07-2586 SI

The above stated facts are set forth in the accompanying declaration of Mary L. Shapiro, filed herewith. In addition, the Default by Clerk is filed herewith.

DATED: August 14, 2007

Respectfully submitted,

TOWNSEND AND TOWNSEND AND TOWNSEND LLP

By: _____/Mary L. Shapiro/_____
    Paul W. Vapnek
    Mary L. Shapiro
    Marie C. Seibel

*Attorneys for Plaintiff*
JOSEPH CAMPBELL FOUNDATION

60098973_1