TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
MARY L. SHAPIRO (State Bar No. 201199)
MARIE C. SEIBEL (State Bar No. 221014)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
JOSEPH CAMPBELL
FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH CAMPBELL FOUNDATION, a Hawaii corporation,<br><br>               Plaintiff,<br><br>      v.<br><br>GRANT ANDERSON, a resident of Utah,<br><br>               Defendant. | Civil Action No. C 07-2586 SI<br><br>**DECLARATION OF MARY L. SHAPIRO IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

I, Mary L. Shapiro, declare as follows:

1. I am licensed to practice in the State of California and am an attorney at the law firm of Townsend and Townsend and Crew LLP, counsel for plaintiff Joseph Campbell Foundation. I submit this declaration in support of plaintiff's Request for Entry of Default against defendant Grant Anderson. The following facts are within my personal knowledge and, if called as a witness by the court, I would be competent to testify to the matters set forth below.

2. Defendant Grant Anderson ("Anderson") was served with the summons and complaint in this matter on May 27, 2007. Attached as Exhibit A is a true and correct copy of the proof of service of summons and complaint on defendant Anderson. The last date allowed by law for Anderson to respond to the Complaint was June 18, 2007.

1    3.    Defendant Anderson has not appeared in this action and has not responded to the
2 complaint within the time permitted by law, in the manner prescribed in the Federal Rules of Civil
3 Procedure..
4    I declare under penalty of perjury under the laws of the State of California that the forgoing is
5 true and correct.

7    EXECUTED this 14th day of August, 2007 in San Francisco, California.

                                    /Mary L. Shapiro/
                                    Mary L. Shapiro

60099011_1