1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  MARY L. SHAPIRO (State Bar No. 201199)
   MARIE C. SEIBEL (State Bar No. 221014)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  JOSEPH CAMPBELL
   FOUNDATION
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

| JOSEPH CAMPBELL FOUNDATION, a Hawaii corporation, | Civil Action No. C 07-2586 SI |
|---|---|
| Plaintiff, | **DEFAULT BY CLERK** |
| v. | **(FRCP 55(a))** |
| GRANT ANDERSON, a resident of Utah, | |
| Defendant. | |

It appearing from the records in the above-entitled action that Summons has been served upon the defendant named below, and it further appearing from the declaration of counsel for Plaintiff Joseph Campbell Foundation, and other evidence as required by F.R.C.P. 55(a) that the below defendant has failed to plead or otherwise defend in this action as directed in the Summons and as provided in the Federal Rules of Civil Procedure:

//

//

1   NOW, THEREFORE, on request of counsel, the default of the following named defendant is
2   hereby entered:
3      GRANT ANDERSON.
4
5   DATED: _____        By: _____
                                          Deputy Clerk

8   60098984_1

*Joseph Campbell Foundation v. Grant Anderson*     2
DEFAULT BY CLERK
CASE NO. C 07-2586 SI