**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   415.522.2000

August 15, 2007

RE:  CV 07-02586 SI   JOSEPH CAMPBELL FOUNDATION-v- GRANT ANDERSON

Default is entered as to defendant Grant Anderson on August 15, 2007.

                RICHARD W. WIEKING, Clerk
                 /s/

                by Yumiko Saito
                Case Systems Administrator

NDC TR-4  Rev. 3/89