1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  MARY L. SHAPIRO (State Bar No. 201199)
   MARIE C. SEIBEL (State Bar No. 221014)
3  Two Embarcadero Center, Eighth Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  JOSEPH CAMPBELL
   FOUNDATION
7
8
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12
13 | JOSEPH CAMPBELL FOUNDATION, a  | Civil Action No. C -07-2586 SI
   | Hawaii corporation,,           |
14 |                                | **PROOF OF SERVICE OF CLERK'S**
   |            Plaintiff,          | **NOTICE AS TO ENTRY OF DEFAULT**
15 |                                |
   |       v.                       |
16 |                                |
   | GRANT ANDERSON, a resident of Utah,, |
17 |                                |
   |            Defendant.          |
18

PROOF OF SERVICE

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on August 15, 2007 I served by United States mail, a true copy of the attached documents titled exactly **CLERK'S NOTICE AS TO ENTRY OF DEFAULT** by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

Grant Anderson
2491 N. Highway 89 #533
Ogden, UT  84404

EXECUTED this 15th day of August, 2007, at San Francisco, California.

          /Charlene J. Foster/
          Charlene J. Foster

61126325 v1