IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH CAMPBELL FOUNDATION,                    No. C 07-02586SI

       Plaintiff,                                                    **NOTICE**

  v.

GRANT ANDERSON,

       Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been vacated. Plaintiff is directed to comply with the following motion schedule. A motion for entry of default judgment shall be filed on or before September 28, 2007, with a hearing date of November 2, 2007, at 9:00 a.m.

Dated: August 23, 2007



RICHARD W. WIEKING, Clerk

_____
Tracy Sutton
Deputy Clerk