Case 3:07-cv-02586-SI    Document 10-2    Filed 09/25/2007    Page 1 of 2

TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
MARY L. SHAPIRO (State Bar No. 201199)
MARIE C. SEIBEL (State Bar No. 221014)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
JOSEPH CAMPBELL FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH CAMPBELL FOUNDATION, a Hawaii corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRANT ANDERSON, a resident of Utah,<br><br>Defendant. | Civil Action No. C 07-2586 SI<br><br>**DECLARATION OF MARY L. SHAPIRO IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

I, Mary L. Shapiro, declare as follows:

1. I am licensed to practice in the State of California and am an attorney at the law firm of Townsend and Townsend and Crew LLP, counsel for Plaintiff Joseph Campbell Foundation. I submit this declaration in support of Plaintiff's Motion for Default Judgment and Permanent Injunction. The following facts are within my personal knowledge and, if called as a witness by the court, I would be competent to testify to the matters set forth below.

2. Defendant Grant Anderson ("Anderson") was served with the summons and complaint in this matter on May 27, 2007. Attached as Exhibit A is a true and correct copy of the proof of service of summons and complaint on defendant Anderson.

3. On information and belief, Defendant Grant Anderson is neither a minor, an

*Joseph Campbell Foundation v. Grant Anderson.*
SHAPIRO DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION
CASE NO. C 07-2586 SI

incompetent nor in military services or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

4. Defendant Grant Anderson has not appeared in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 25th day of September 2007, at San Francisco, California.

_____
Mary L. Shapiro