```
1   TOWNSEND AND TOWNSEND AND CREW LLP
    PAUL W. VAPNEK (State Bar No. 36576)
2   MARY L. SHAPIRO (State Bar No. 201199)
    MARIE C. SEIBEL (State Bar No. 221014)
3   Two Embarcadero Center, Eighth Floor
    San Francisco, California  94111
4   Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
5
    Attorneys for Plaintiff
6   JOSEPH CAMPBELL
    FOUNDATION
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH CAMPBELL FOUNDATION, a Hawaii corporation,,<br><br>Plaintiff,<br><br>v.<br><br>GRANT ANDERSON, a resident of Utah,,<br><br>Defendant. | Civil Action No. C -07-2586 SI<br><br>**PROOF OF SERVICE; PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION; DECLARATION OF MARY L. SHAPIRO IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION; DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

PROOF OF SERVICE

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business

1. address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on September 25, 2007 I served by United States mail, a true copy of the attached documents titled exactly **PROOF OF SERVICE; PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION; DECLARATION OF MARY L. SHAPIRO IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION; DEFAULT JUDGMENT AND PERMANENT INJUNCTION** by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

Grant Anderson
2491 N. Highway 89 #533
Ogden, UT 84404

EXECUTED this 25th day of September 2007, at San Francisco, California.

_____
Antonia M. Wong

61162845 v1