```
TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
MARY L. SHAPIRO (State Bar No. 201199)
MARIE C. SEIBEL (State Bar No. 221014)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
JOSEPH CAMPBELL
FOUNDATION
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH CAMPBELL FOUNDATION, a Hawaii corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANT ANDERSON, a resident of Utah,<br><br>    Defendant. | Civil Action No. C 07-2586 SI<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

The Clerk of the Court entered the default of Defendant Grant Anderson on August 15, 2007. Plaintiff now moves for entry of default judgment and permanent injunction. The Court has jurisdiction over the parties and the subject matter.

IT IS HEREBY ORDERED:

1. Judgment is entered in favor of Plaintiff Joseph Campbell Foundation and against Defendant Grant Anderson on Plaintiff's copyright infringement claim in the Complaint.

2. Defendant and all persons in active concert or participation with him are permanently enjoined from manufacturing, importing, using, displaying, offering for sale, selling, marketing, shipping, licensing, and advertising unauthorized copies of the audio and video versions of *Joseph Campbell™ James Joyce – Wings of Art* and the archival and underlying works that are the foundation

for *Joseph Campbell™ James Joyce – Wings of Art* (collectively, the "Infringed Works").

3. Defendant and all persons in active concert or participation with him shall destroy all unauthorized copies of Joseph Campbell Foundation's copyrighted works identified in the Complaint.

4. The Court shall retain jurisdiction over this action for the purposes of enforcing, construing, clarifying, and modifying this Default Judgment and Permanent Injunction and addressing violations thereof.

IT IS SO ORDERED.

11/2/07
Dated: _____, 2007

_____
The Honorable Susan Illston
United States District Court Judge