UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 11/2/07

Case No.   C-07-2586 SI           Judge:   SUSAN ILLSTON

Title: JOSEPH CAMPBELL  -v- GRAND ANDERSON

Attorneys: Marie Seibel (phone)      n/a

Deputy Clerk: Tracy Sutton  Court Reporter: D. Pas

**PROCEEDINGS**

1)   Motion for Entry of Default Judgment - HELD

2) 

3) 

Order to be prepared by:  ( X )Pltf    ( )Deft    ( )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: