TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
MARY L. SHAPIRO (State Bar No. 201199)
MARIE C. SEIBEL (State Bar No. 221014)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
JOSEPH CAMPBELL FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH CAMPBELL FOUNDATION, a Hawaii corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRANT ANDERSON, a resident of Utah,<br><br>Defendant. | Civil Action No. C 07-2586 SI<br><br>**NOTICE OF ENTRY OF ORDER AND ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

TO DEFENDANT:

PLEASE TAKE NOTICE that on November 2, 2007, the Court entered the attached Order of Default Judgment and Permanent Injunction for plaintiff Joseph Campbell Foundation and against defendant Grant Anderson.

DATED: November 8, 2007          TOWNSEND AND TOWNSEND AND TOWNSEND LLP


                                 By:_____/s/_____
                                       Marie C. Seibel

                                 ATTORNEYS FOR PLAINTIFF
                                 JOSEPH CAMPBELL FOUNDATION

61204729 v1

1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  MARY L. SHAPIRO (State Bar No. 201199)
   MARIE C. SEIBEL (State Bar No. 221014)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  JOSEPH CAMPBELL
   FOUNDATION
7

8                       UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                             SAN FRANCISCO DIVISION
11

12 JOSEPH CAMPBELL FOUNDATION, a          Civil Action No. C 07-2586 SI
13 Hawaii corporation,
                                          **DEFAULT JUDGMENT AND
14              Plaintiff,                PERMANENT INJUNCTION**

15       v.

16 GRANT ANDERSON, a resident of Utah,

17              Defendant.

18

19       The Clerk of the Court entered the default of Defendant Grant Anderson on August 15, 2007.

20 Plaintiff now moves for entry of default judgment and permanent injunction. The Court has

21 jurisdiction over the parties and the subject matter.

22       IT IS HEREBY ORDERED:

23       1.    Judgment is entered in favor of Plaintiff Joseph Campbell Foundation and against

24 Defendant Grant Anderson on Plaintiff's copyright infringement claim in the Complaint.

25       2.    Defendant and all persons in active concert or participation with him are permanently

26 enjoined from manufacturing, importing, using, displaying, offering for sale, selling, marketing,

27 shipping, licensing, and advertising unauthorized copies of the audio and video versions of *Joseph*

28 *Campbell™ James Joyce – Wings of Art* and the archival and underlying works that are the foundation

*Joseph Campbell Foundation v. Grant Anderson*
DEFAULT JUDGMENT AND PERMANENT INJUNCTION
CASE NO. C 07-2586 SI

Case 3:07-cv-02586-SI   Document 13   Filed 10/25/2007   Page 2 of 2

1  for *Joseph Campbell™ James Joyce – Wings of Art* (collectively, the "Infringed Works").

2      3.    Defendant and all persons in active concert or participation with him shall destroy all unauthorized copies of Joseph Campbell Foundation's copyrighted works identified in the Complaint.

4      4.    The Court shall retain jurisdiction over this action for the purposes of enforcing, construing, clarifying, and modifying this Default Judgment and Permanent Injunction and addressing violations thereof.

IT IS SO ORDERED.

11/2/07
Dated: _____, 2007

*[signature: Susan Illston]*

The Honorable Susan Illston
United States District Court Judge

---

*Joseph Campbell Foundation v. Grant Anderson*
DEFAULT JUDGMENT AND PERMANENT INJUNCTION
CASE NO. C 07-2586 SI

# PROOF OF SERVICE

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on November 8, 2007 I served by United States mail, a true copy of the attached documents titled exactly **NOTICE OF ENTRY OF ORDER AND ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

Grant Anderson
2491 N. Highway 89 #533
Ogden, UT 84404

EXECUTED this 8th day of November, 2007, at San Francisco, California.

/Charlene J. Foster/
Charlene J. Foster